PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant for Offender Under Supervision

**Name of Offender:** Raul Maya-Castro      **Docket Number:** 08-00543-001
                                                                                     **PACTS Number:** 49673

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                                UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/11/2008

**Original Offense:** FALSE STATEMENTS TO LAW ENFORCEMENT

**Original Sentence:** Imprisonment (time served); 3 years supervised release.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 6/9/10

**Assistant U.S. Attorney:** Jacob Elberg, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Hector P. Sanchez, Esq., 3501 Broadway, Houston, Texas 77017, 713/641-4550

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 21, 2011, Maya-Castro was arrested by Border Patrol Agents of the U.S. Immigration Service, and he was charged with Illegal Entry. |
| 2. | The offender has violated the special supervision condition which states '**You shall cooperate with Immigration and Customs Enforcement to resolve any problems with your status in the United States. You shall provide truthful information and abide by the rules and regulations of Immigration and Customs Enforcement. If deported, you shall not re-enter the United States without the written permission of the Attorney General. If you re-enter the United States, you shall report in person to the nearest U.S. Probation Office within 48 hours.**' |

PROB 12C - Page 2
Raul Maya-Castro

On March 21, 2011, Maya-Castro re-entered the United States without authorization. The offender had been deported from the United States on December 30, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
Senior U.S. Probation Officer
Date: 4/14/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/18/11
Date